## PETE BRLLARIAL v. STATE.

No. A-7189.   Opinion Filed Oct. 26, 1929.
Rehearing Denied Nov. 23, 1929.
(282 Pac. 1116.)

J. W. Osmond and C. Ross Hume, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted in the county court of Caddo county on a charge of having possession of a still, and was sentenced to pay a fine of $100 and to serve 60 days in the county jail.

The case was tried in September, 1928, and the appeal was lodged in this court in October, 1928. No briefs in support of the appeal have been filed. The evidence sufficiently sustains the judgment. No material error is made to appear.

The case is affirmed.